# United States District Court

NORTHERN  DISTRICT OF  CALIFORNIA

FILED
2008 MAR 18 P 12:44
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

UNITED STATES OF AMERICA

v.

Salvador PRADO-Figueroa
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

**08-70152 RS**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, __February 27, 2008__, in __Santa Clara County__ in the __Northern__ District of __California__ defendant(s) was,(Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
_Official Title_

facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty (20) years imprisonment, $100.00 special assessment fee, and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__3/18/08__ at __San Jose, California__
Date                                                                City and State

Richard Seeborg
United States Magistrate Judge                    _____
Name & Title of Judicial Officer                    Signature of Judicial Officer

**RE:**   PRADO-Figueroa, Salvador A44 106 320

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been employed since July 7, 1997. I am currently assigned to the Criminal Alien Program (CAP) Unit of the San Jose Sub-Office. In such capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1)   Mr. PRADO-Figueroa is a 39-year-old male who has used fourteen (14) aliases and four (4) dates of birth in the past.

(2)   Mr. PRADO-Figueroa has been assigned one (1) Alien Registration number of A44 106 320, FBI number of 337040HB9, California Criminal Information Index number of A12369812, and a Santa Clara County Personal File Number of DVN078.

(3)   Mr. PRADO-Figueroa is a native of Mexico and a citizen of Mexico since birth. A check through official records shows that he was arrested and deported on one (1) occasion from the United States:

| **DATE** | **PLACE OF DEPORTATION** |
| --- | --- |
| October 28, 2003 | Nogales, AZ |

(4)   Mr. PRADO-Figueroa last entered the United States at or near unknown location in Arizona on or after October 28, 2003, by crossing the international border without inspection subsequent to deportation.

(5)   Mr. PRADO-Figueroa on a date unknown, but no later than February 27, 2008, in Santa Clara County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrests and deportations, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326. On February 29, 2008, Mr. PRADO-Figueroa was interviewed by Immigration Enforcement Agent (IEA) Andrew Tayaba at the Santa Clara County Jail Elmwood, Milpitas, CA, and during that interview, Mr. PRADO-Figueroa was advised of his **Miranda** rights in Spanish. Mr. PRADO-Figueroa waived his **Miranda** rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States.

RE:   PRADO-Figueroa, Salvador A44 106 320

(6)   Mr. PRADO-Figueroa was, on August 25, 1998, convicted in the Superior Court of California, in and for the County of Contra Costa, for the offense of POSSESSION DANGEROUS WEAPON, a felony, in violation of Section 12020(a) of the California Penal Code, and was sentenced to ninety (90) days in jail.

(7)   Mr. PRADO-Figueroa was, on June 17, 1999, convicted in the Superior Court of California, in and for the County of Contra Costa, for the offense of POSSESSION SALE CONTROLLED SUBSTANCE TO WIT: METH, an aggravated felony, in violation of Section 11378 of the California Health and Safety Code, and was sentenced to eight (8) months in prison.

(8)   Mr. PRADO-Figueroa was, on May 14, 2001, convicted in the Superior Court of California, in and for the County of Contra Costa, for the offense of INFLICT CORPORAL INJURY TO SPOUSE, an aggravated felony, in violation of Section 273.5(a) of the California Penal Code, and was sentenced to three (3) years in prison.

(9)   Mr. PRADO-Figueroa was, on December 6, 2007, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of POSSESSION CONTROLLED SUBSTANCE, a felony, in violation of Section 11377 of the California Penal Code, and was sentenced to thirty (32) months in prison.

(10)  On the basis of the above information, there is probable cause to believe that Mr. PRADO-Figueroa illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

Trong Q. Nguyen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this ____ day of __March__, 2008

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE